**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP**
  926 J. Street, Suite 414
  Sacramento, CA 95814
  Telephone:   916.492.0700
  Facsimile:    916.492.0800

**Attorney for Defendant**
**ARMAN MKRTCHYAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-cr-0546-MCE |
|                 Plaintiff, ) | |
| vs. ) | **APPLICATION FOR ORDER** |
| ) | **EXONERATING BAIL; ORDER** |
| ARMAN MKRTCHYAN, ) | |
|                 Defendant. ) | |

     Defendant, ARMAN MKRTCHYAN, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure his release in this case. Defendant is making this application on the ground that his bail was never formally exonerated at the conclusion of the case. Accordingly, the unsecured bond in favor of the Clerk of Court posted to

///
///
///
///
///
///

secure defendant's release has not been extinguished and remains in effect. Defendant is currently out of custody on supervised release.

Dated: November 6, 2006                    Respectfully submitted,

                                        JOSEPH J. WISEMAN, P.C.


                                  By:  /s/Joseph J. Wiseman
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant
                                    ARMAN MKRTCHYAN

## ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

Dated: November 14, 2006

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE